United States District Court
Middle District of Florida
Tampa Division

ASHLEE BAKER,

    Plaintiff,

v.                                              Case No. 8:20-cv-2747-T-210CPT

UNITED STATES OF AMERICA,

    Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II)

Plaintiff Ashlee Baker and Defendant United States of America (collectively, "Parties") have resolved their disputes in this action. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to dismiss with prejudice all claims in this action. The parties agree that all attorneys' fees, costs of court, and expenses shall be borne by the incurring party.

Therefore, the parties respectfully request that the Court dismiss with prejudice all claims asserted in this action with all attorneys' fees, costs, and expenses being borne by the incurring party.

Dated: September  30 , 2021

| | |
|---|---|
| Jeffrey "Jack" Gordon, Esquire | /s/ Mamie V. Wise |
| JEFFREY "JACK" GORDON, ESQUIRE | MAMIE V. WISE |
| Florida Bar Number: 0836760 | Assistant United States Attorney |
| BRANDON T. KUHN, ESQUIRE | Florida Bar No. 65570 |
| Florida Bar Number: 026343 | 400 North Tampa Street, Suite 3200 |
| MANEY\|GORDON, P.A. | Tampa, Florida 33602 |
| 101 East Kennedy Boulevard, Suite 1700 | P: 813-274-6000 |
| Tampa, Florida 33602 | F: 813-274-6198 |
| P: (813) 221-1366 | email: Mamie.Wise@usdoj.gov |
| j.gordon@maneygordon.com | |
| b.kuhn@maneygordon.com | |
| a.luke@maneygordon.com | |
| *Counsel for Plaintiff* | |

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this  30th   day of September, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Jeffrey "Jack" Gordon, Esq.
JEFFREY "JACK" GORDON, ESQUIRE
Florida Bar Number: 0836760
BRANDON T. KUHN, ESQUIRE
Florida Bar Number: 26343
MANEY|GORDON, P.A.
101 East Kennedy Boulevard, Suite 1700
Tampa, Florida  33602
P: (813) 221-1366
j.gordon@maneygordon.com
b.kuhn@maneygordon.com
a.luke@maneygordon.com
*Counsel for Plaintiff*
